### 62115. INGRAM v. THE STATE.

SOGNIER, Judge.
Patricia Ingram was convicted of wrongful possession of controlled substances. She contends the trial court erred by denying her motion for a directed verdict at the conclusion of the state's evidence, and by denying her motion for a new trial. Both motions were based on a lack of proof by the state. We have examined the entire transcript and find the evidence established conclusively appellant's guilt of the offenses charged. Further, we find that a rational trier of fact could find from the evidence adduced at trial proof of appellant's guilt beyond a reasonable doubt. *Baldwin v. State,* 153 Ga. App. 35, 37 (264 SE2d 528) (1980). Accordingly, the enumerations of error are without merit.

*Judgment affirmed. Shulman, P. J., and Birdsong, J., concur.*

DECIDED SEPTEMBER 28, 1981.

*William I. Sykes, Jr.,* for appellant.
*Jeff C. Wayne, District Attorney, Bruce L. Udolf, Assistant District Attorney,* for appellee.